IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID CHESTER FAULKNER | ) |
| | ) |
| v. | ) NO. 3-13-0654 |
| | ) JUDGE CAMPBELL |
| PAUL ALEXANDER, M.D., et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 24), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion to Compel (Docket No. 14), which is actually a Motion for preliminary injunctive relief, is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE